

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00445-CV

Jimmy and Cheryl **WILLIAMS**, et al.,
Appellants

v.

**GUADALUPE-BLANCO RIVER AUTHORITY** and its Officers and Directors, et al.,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-2054-CV
Honorable Stephen B. Ables, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment on appellants' takings claims is REVERSED, the trial court's dismissal of all other claims is AFFIRMED, and the cause REMANDED for further proceedings consistent with this opinion.

SIGNED July 7, 2021.

_____
Lori I. Valenzuela, Justice